UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-922 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARY S. CHAPMAN,

Defendant,

JACKSON GROUP,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 2, 2004.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about March 15, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about March 5, 2004, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing. However, defendant called the U.S. Attorney's Office and requested that the amount garnished each pay period be reduced from 25% to a lesser sum. The parties thereafter stipulated to a monthly amount of

$370.44. A copy of their stipulation is on file with the Clerk of Court.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $370.44 of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" monthly in care of U.S. Attorney's Office, Financial Litigation Unit, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $45.00; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff monthly as they become due and owing.

Dated: April 13, 2004

JONATHAN G. LEBEDOFF
United States Magistrate Judge