PAYMENT HISTORY REPORT

RUN DATE: 05-APR-2005 FOR: 2000Z00292/001 

DEBTOR: Chapman, Mary S.

COURT NUMBER: 00-922 MJD/JGL PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | T | 12-MAY-2004 | GR/G | JACKSON GROUP | MN /04/158 | 2510 | | $74.50 | 12-MAY-2004 |
| 0016 | PMNT | T | 12-MAY-2004 | GR/G | JACKSON GROUP | MN /04/158 | 2510 | | $45.00 | 12-MAY-2004 |
| 0016 | PMNT | WA | 12-MAY-2004 | GR/G | JACKSON GROUP | MN /04/158 | 2510 | | $991.82 | 12-MAY-2004 |
| 0018 | PMNT | WA | 18-AUG-2004 | GR/G | The Jackson Group | MN /04/227 | 2553 | | $1,111.32 | 18-AUG-2004 |
| 0022 | PMNT | WA | 15-NOV-2004 | GR/G | JACKSON GROUP | MN /05/027 | 2572 | | $740.88 | 15-NOV-2004 |
| 0023 | PMNT | WA | 04-JAN-2005 | GR/G | Jackson Group | MN /05/058 | 2615 | | $1,481.76 | 04-JAN-2005 |
| 0024 | PMNT | WA | 27-JAN-2005 | GR/G | Jackson Group | MN /05/073 | 2634 | | $370.44 | 27-JAN-2005 |
| 0026 | PMNT | WA | 05-APR-2005 | GR/G | The Jackson Group | MN /05/120 | 2666 | | $97.53 | 05-APR-2005 |

Total Payments for Debtor: $4,913.25